IN THE SUPREME COURT OF TENNESSEE

AT KNOXVILLE

FILED

**May 18, 1998**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

NOT FOR PUBLICATION

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | **Filed:  May 18, 1998** |
| Appellee, | ) | |
| | ) | |
| | ) | Knox Criminal |
| VS. | ) | |
| | ) | No. 03-S-01-9610-CR-00096 |
| | ) | |
| THOMAS DEE HUSKEY, | ) | |
| | ) | |
| Appellant. | ) | |

ORDER ON PETITION FOR REHEARING

The appellant, Thomas Dee Huskey, has filed a petition requesting this
Court to grant a rehearing in this matter pursuant to Tenn. R. App. P. 39.  We
have considered all of the arguments raised in the petition, and we have found
them to be without merit.  The petition for rehearing is, therefore, denied.

PER CURIAM